

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Honorable D. C. Greer
State Highway Engineer
Texas Highway Department
Austin, Texas

Dear Sir:

Opinion No. O-3877
Re: Payment of funds im-
pounded by liens to
receiver of contract

We acknowledge receipt of your letter of August
20, 1941, in which you request the opinion of this depart-
ment upon the following stated fact situation which is copied
from your letter:

"A creditor of the contractor has filed
Receivership Proceedings and a Receiver has been
appointed and has duly qualified. Evidence of
the appointment of the Receiver have been furnish-
ed the Highway Department. Will you please ad-
vise us on the following question:

"Could the State Highway Department pay to
the Receiver the funds due the contractor on the
final estimate, which funds are not impounded by
liens filed with this office, without first ob-
taining releases or withdrawals of the liens? In
other words should not the Highway Department con-
tinue to protect all liens in full before any pay-
ment can be made to the Receiver?"

It is the opinion of this department that the posi-
tion occupied by the receiver differs in no respect from that
previously occupied by the contractor, and that insofar as the
payment of funds due on final estimate is concerned the re-

NO COMMUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT

ceiver is entitled to no rights over and above the rights possessed originally by the contractor.

Yours very truly

ATTORNEY GENERAL OF TEXAS

By                    /signed/
                     Ross Carlton
                     Assistant

RC:FS

APPROVED SEP 9, 1941
/s/ Grover Sellers
FIRST ASSISTANT
ATTORNEY GENERAL

APPROVED
OPINION COMMITTEE
By /s/ B.W.B.
       Chairman